Robert D. TAYLOR, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 03–3301.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule

---

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.